UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :     INFORMATION
                              :
        - v. -                :
                              :     08 Cr. **334**
WILLIAM D. CARLSON, JR.,      :
     a/k/a "Bill Carlson,"    :
     a/k/a "Bill Carson,"     :
                              :
             Defendant.       :
                              :
- - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.    From in or about December 2007 through on or about January 16, 2008, in the Southern District of New York and elsewhere, WILLIAM J. CARLSON, JR., a/k/a "Bill Carlson," a/k/a "Bill Carson," the defendant, unlawfully, intentionally and knowingly did, contrary to Title 21, United States Code, Sections 952, 953, and 957, import and export schedule III controlled substances, to wit, mixtures and substances containing anabolic steroids.

(Title 21, United States Code, Sections 812, 960(a)(1), 960(b)(4).)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney